**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Brigitte Chomilo,

                Plaintiff,

                                          Civ. No. 06-3103 (RHK/AJB)
                                          **ORDER**

v.

Shapiro, Nordmeyer & Zielke, LLP,

                Defendant.

This matter is before the Court on Plaintiff Brigitte Chomilo's letter to the Court, dated September 26, 2007,[1] which seeks a modification of the factual record in this Court's September 12, 2007 Memorandum Opinion and Order. Local Rule 7.1(g) provides that "[m]otions to reconsider are prohibited except by express permission of the Court" and that such permission should only be given upon a showing of "compelling circumstances." D. Minn. LR 7.1(g). A motion to reconsider should not be employed to relitigate old issues but to "afford an opportunity for relief in extraordinary circumstances." In re Guidant Corp. Implantable Defibrillators Prod. Liab. Litig., No. 05-1708, 2007 WL 2028137, at *1 (D. Minn. May 9, 2007) (Frank, J.) (citation omitted).

Here, Chomilo asserts that the Court should modify the factual record to reflect that she was the victim of identity theft and not the individual who executed the note or signed the mortgage. (Pl.'s Opp'n Mem. at 2.) However, counsel for both parties agreed,

---

[1] Chomilo's letter is attached hereto together with a responsive letter from Defendant Shapiro, Nordmeyer & Zielke, LLP.

at oral argument, that this purported "fact" was irrelevant to the issues before the Court. (Tr. 2, 21.) Under these circumstances, the Court concludes that Chomilo has not established the "compelling circumstances" required for the granting of a request to file a Motion for Reconsideration pursuant to Local Rule 7.1(g).

Based on the foregoing, and all the files, records, and proceedings herein, IT IS **ORDERED** that Chomilo's letter request to file a Motion for Reconsideration is **DENIED**.

Date:  October  12 , 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge